IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02119-LTB

DEVON S. WEINSTEIN,

    Applicant,

v.

DONNA ZAVISION, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 14, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 14 day of February, 2013.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/ S. Grimm
                                Deputy Clerk